G O D D A R D

39 Broadway, Suite 154
Office. 64
Fax. 212
Megan@godd
WWW.GODDA

This request is **GRANTED**. The proposed pleading schedule herein is adopted in full.

Moving forward, such requests should be directed to me and made in accordance with my Individual Rules, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Individual%20Practices%20for%20Civil%20Cases.pdf. This is because Judge Ho referred the case to me for General Pretrial matters and Dispositive Motions. Dkt. No. 8.

**SO ORDERED.**

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge
October 8, 2026

**VIA ECF**
The Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

**Re: Lakeisha Grant v. Verizon New York Inc., et al.**
**Case No.: 7:26-cv-08186-KMK**

Dear Honorable Judge Karas:

The undersigned is counsel to Plaintiff Lakeisha Grant ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendants, to respectfully propose a schedule for the Parties' anticipated pleadings.

Plaintiff started this action by filing a Summons with Notice in the New York State Supreme Court, Bronx County on September 14, 2026. Counsel for Defendants removed this case to this Court on September 21, 2026. Plaintiff did not file a Complaint before the matter was removed to this Court.

Accordingly, the Parties respectfully propose the following schedule for filing the anticipated pleadings:

| | |
|---|---|
| Plaintiff's deadline to file a complaint | October 16, 2026 |
| Defendant's deadline to Answer or otherwise respond to Plaintiff's complaint | November 27, 2026 |
| Initial Conference | To be set by the Court at your Honor's convenience |

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Megan S. Goddard
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]