G O D D A R D L A

39 Broadway, Suite 1540 | New

Office. 646.964-1

Fax. 212.473.870

Megan@goddardlawr

WWW.GODDARDLAWN

Oct

The request for an extension is **GRANTED**. Plaintiff may file her complaint by **October 30, 2026.** Defendants may answer or otherwise respond by **December 11, 2026.**

However, per this Court's Individual Rules at I.c., extension requests must be made at least two business days before the deadline. That is especially true where, as here, the need for an extension is foreseeable.

**SO ORDERED.**

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
October 26, 2026

**VIA ECF**
The Honorable Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

**Re: Lakeisha Grant v. Verizon New York Inc., et al.**
**Case No.: 7:26-cv-08186-KMK**

Dear Honorable Judge Willis:

The undersigned is counsel to Plaintiff Lakeisha Grant ("Plaintiff") in the above-referenced matter. I write to respectfully request an extension of time for (i) Plaintiff to file her complaint from October 23, 2026 through and including October 30, 2026 and (ii) Defendants' deadline to Answer or otherwise respond to Plaintiff's complaint from December 4, 2026 through and including December 11, 2026. Defendants' counsel consents to this request.

On October 12, 2026, the Parties filed a joint letter (Dkt. No. 10) requesting that the Court extend Plaintiff's deadline to file her complaint from October 16, 2026 to October 23, 2026, and Defendants' deadline to answer from November 27, 2026 to December 4, 2026. On October 13, 2026, Your Honor granted the parties extension request (Dkt. No. 11).

Plaintiff respectfully requests a further extension of her deadline to file the complaint due to competing professional obligations in other matters and is currently attending a multi-day professional conference in Washington, D.C. through October 24, 2026. Because of these commitments, Plaintiff needs additional time to finalize and file her complaint.

The Parties now respectfully request that (i) Plaintiff's deadline to file her complaint is extended to October 30, 2026 and (ii) Defendants' deadline to Answer or otherwise respond to Plaintiff's complaint is extended to December 11, 2026.

This is the Parties' second request for an extension.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,
GODDARD LAW PLLC

By: /s/ Megan S. Goddard
Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]